UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 24-cr-135 (SRN/TNL) |
| Plaintiff, | |
| v. | **AMENDED ARRAIGNMENT NOTICE AND SCHEDULING ORDER** |
| Damari Tremaris Douglas, | |
| Defendant. | |

---

This matter comes before the Court on the Government's Motion for Extension of Time, ECF No. 20. The Government requests an extension of the deadlines set forth in the Court's Arraignment Notice and Scheduling Order, ECF No. 19. The Government states that it is set to begin trial in another matter on May 28, 2024, which is "scheduled to last four days—concluding the same day as [its] disclosures deadline in this case." ECF No. 20 at 2; *see* ECF No. 19 at 1 (Government disclosures due May 31, 2024). The Government also states that counsel for the Government and counsel for Defendant Damari Tremaris Douglas are both scheduled for a motions hearing in different matter in Duluth, Minnesota, on the morning of July 12, 2024, the same morning as the motions hearing scheduled in this case. *See* ECF No. 19 at 3. The Government requests that the motions hearing "be rescheduled for either July 23, 2024, or July 25, 2024, with all preceding deadlines sequenced accordingly." ECF No. 20 at 2. Defendant has no objection to the requested extension.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide the parties and their respective counsel the time necessary for effective preparation and to make efficient use of the parties' resources.  The Court further finds that such continuance is not due to a lack of diligent preparation.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Government's Motion for an Extension of Time, ECF No. 20, is **GRANTED**.

2. The period of time from **the date of this Order through June 28, 2024**, shall be excluded from Speedy Trial Act computations in this case.

3. An arraignment hearing will be held before Magistrate Judge Tony N. Leung on **July 23, 2024, at 10:00 a.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

4. The Government shall make all disclosures required by Federal Rule of Criminal Procedure 16(a) by **June 14, 2024**.  D. Minn. LR 12.1(a)(1).   In order to avoid the need for a recess of the motions hearing, the government is requested to make, by **June 14, 2024**, all disclosures which will be required by Fed. R. Crim. P. 26.2 and 12(h).

5. Pursuant to the Due Process Protections Act, the Court confirms the Government's obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the Government's case, as required by

2

*Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders the Government to do so. Failure to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

6. Defendant shall make all disclosures required by Federal Rule of Criminal Procedure 16(b) by **June 21, 2024**. D. Minn. LR 12.1(a)(2).

7. The parties must disclose the identity of any expert witness and make all expert disclosures required by Federal Rule of Criminal Procedure 16 no later than 28 days before trial. The parties must disclose the identity of any expert who will testify in rebuttal of an expert witness and make all disclosures as to such expert required by Federal Rule of Criminal Procedure 16 no later than 14 days before trial.

8. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **June 28, 2024.** D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

9. **Counsel shall electronically file a letter on or before June 28, 2024, if no motions will be filed and there is no need for a hearing.**

10. All responses to motions shall be filed by **July 12, 2024**. D. Minn. LR 12.1(c)(2).

11. Any Notice of Intent to Call Witnesses shall be filed by **July 12, 2024**. D. Minn. LR 12.1(c)(3)(A).

12. Any Responsive Notice of Intent to Call Witnesses shall be filed by **July 17,**

3

**2024**.  D. Minn. LR 12.1(c)(3)(B).

13. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

14. If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **July 23, 2024, at 10:00 a.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

15. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Susan Richard Nelson to confirm the new trial date.**

Dated: May __29__, 2024             _s/ Tony N. Leung_
                                                   Tony N. Leung
                                                   United States Magistrate Judge
                                                   District of Minnesota

                                                   _United States v. Douglas_
                                                   Case No. 24-cr-135 (SRN/TNL)