## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-cr-135 (SRN/TNL) |
| Plaintiff, | |
| v. | **SECOND AMENDED ARRAIGNMENT NOTICE AND SCHEDULING ORDER** |
| Damari Tremaris Douglas, | |
| Defendant. | |

This matter comes before the Court on Defendant Damari Tremaris Douglas's Motion to Continue Pretrial Deadlines, ECF No. 22. Defendant also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act, ECF No. 23.

Defendant requests a 30-day extension of time to file pretrial motions and a continuance of the July 23, 2024 motions hearing. Defendant states that he and his attorney "need additional time to obtain, review, analyze and discuss the discovery to determine and file appropriate pretrial motions." ECF No. 22 at 1. The Government has no objection to the requested extension.

Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.      Defendant's Motion to Continue Pretrial Deadlines, ECF No. 22, is **GRANTED**.

2.      The period of time from **the date of this Order through July 29, 2024**, shall be excluded from Speedy Trial Act computations in this case.

3.      An arraignment hearing will be held before Magistrate Judge Tony N. Leung on **August 20, 2024, at 1:30 p.m., in Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

4.      All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **July 29, 2024.** D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

5.      **Counsel shall electronically file a letter on or before July 29, 2024, if no motions will be filed and there is no need for a hearing.**

6.      All responses to motions shall be filed by **August 12, 2024**. D. Minn. LR 12.1(c)(2).

7.      Any Notice of Intent to Call Witnesses shall be filed by **August 12, 2024**. D. Minn. LR 12.1(c)(3)(A).

8.      Any Responsive Notice of Intent to Call Witnesses shall be filed by **August 15, 2024**. D. Minn. LR 12.1(c)(3)(B).

9.      A motions hearing will be held pursuant to Federal Rules of Criminal

Procedure 12(c) where:

    a.    The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b.    Oral argument is requested by either party in its motion, objection or response pleadings.

10.    If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **August 20, 2024, at 1:30 p.m., in Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

11.    **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Susan Richard Nelson to confirm the new trial date.**

Dated: June  26  , 2024

                             *s/ Tony N. Leung*
                             Tony N. Leung
                             United States Magistrate Judge
                             District of Minnesota

                             *United States v. Douglas*
                             Case No. 24-cr-135 (SRN/TNL)